## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | CV 26-04032-JLS-(PDx) | Date | July 10, 2026 |
|---|---|---|---|
| Title | Aaron Samuel Cotton v. Niksoft Systems Corporation, et al. | | |

PRESENT: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| _____Kelly Davis_____ | _____Amy Diaz_____ |
|---|---|
| Courtroom Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:

Shannon Lin

ATTORNEYS PRESENT FOR DEFENDANT:

Alexander Wong
Savanna Corr
Jeffrey Thurrell

**PROCEEDINGS:    Motion to Remand Case to San Luis Obispo Superior Court filed by Plaintiff [11]**

The case is called and counsel state their appearances. Court and counsel confer. The motion hearing is held. The Court takes the motion under submission and a written order will issue.

_____:    12_____

Initials of Clerk: kd